211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

Case No.: **21−47210−mlo**
Chapter: 11

In Re: (NAME OF DEBTOR(S))
   Saline Lodging Group, LLC
   1213 Industrial Rd.
   c/o Bethann Rentschler
   Saline, MI 48176

Social Security No.:

Employer's Tax I.D. No.:
   82−2073957

## NOTICE OF CONFIRMATION AND OPPORTUNITY
## TO OBJECT TO THE CLOSING OF THE CASE

To the Creditors of the above−named Debtor:

NOTICE IS HEREBY GIVEN that the Plan of Reorganization filed on July 20, 2022 was confirmed on 7/22/22 .

The Court will find that the estate has been fully administered and will enter a final decree closing the case in 60 days unless, within that time, an objection is filed. If an objection is filed, it will be set for hearing.

**If the closing is delayed past this time period for any reason, the burden will be on the debtor's counsel to file a motion for entry of the final decree and closing of the case pursuant to Bankruptcy Rule 3022 so that unnecessary U.S. Trustee fees will not accrue.**

Dated: 7/25/22

                          BY THE COURT

                          Todd M. Stickle , Clerk of Court
                          UNITED STATES BANKRUPTCY COURT

In re:                                                                                           Case No. 21-47210-mlo

Saline Lodging Group, LLC                                                          Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2                          User: admin                                          Page 1 of 2

Date Rcvd: Jul 25, 2022                       Form ID: ntcconfp                         Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| dbpos | + | Saline Lodging Group, LLC, 1213 Industrial Rd., c/o Bethann Rentschler, Saline, MI 48176-9434 |
| 27070805 | + | Ann Arbor Fabrication, Inc., 8150 Jackson Rd., Ann Arbor, MI 48103-9569 |
| 27070806 | + | Chelsea Lumber Company, c/o Ian James Reach, Reach Law Firm, 106 N. 4th Ave., Ann Arbor, MI 48104-1402 |
| 27117819 | + | Chelsea Lumber Company, c/o Ian James Reach, 117 N. First St. Suite 103, Ann Arbor, MI 48104-1354 |
| 27070807 | + | City of Saline, 100 North Harris St., Saline, MI 48176-1642 |
| 27070808 | + | DN Higgins, 3390 Travis Pointe Rd. A, Ann Arbor, MI 48108-5925 |
| 27070810 | + | Elizabeth Hauessler, 108 E. Henry #811, Saline, MI 48176-1754 |
| 27070809 | + | General Shale Brick Inc., 6556 Whitmore Lake Rd., Whitmore Lake, MI 48189-9257 |
| 27070812 | + | Hoffman Plastering, LLC, c/or Geoffrey Silvermann, 32300 Northwestern Hwy. 200, Farmington, MI 48334-1501 |
| 27070813 | + | IVS Comm, 750 Junction St., Plymouth, MI 48170-1228 |
| 27070815 | + | Lenawee Construction Consultants, LLC, 17149 Raymond Rd., Addison, MI 49220-9768 |
| 27070811 | + | Michelle Hauessler, 229 Williams St., Saline, MI 48176-1549 |
| 27070816 | + | Midwestern Consultanting, 3815 Plaza Dr., Ann Arbor, MI 48108-1655 |
| 27070817 | + | Northstar Pools, LLC, 1042 Benstein Rd. 101, Walled Lake, MI 48390-2914 |
| 27070818 | + | Otis Elevator Company, 100 E. Michigan Ave. Room LL, Jackson, MI 49201-1498 |
| 27070819 | + | Quality Roofing, Inc., c/o Geoffrey Silvermann, 32300 Northwestern Hwy. 200, Farmington, MI 48334-1501 |
| 27070820 | + | Sauk Trail Storage, LLC, 9190 W. Michigan Ave., Saline, MI 48176-9618 |
| 27070821 | + | Tri-County Electrict Group, c/o John Kline, Kline Legal Group, 483 Little Lake Dr. 200, Ann Arbor, MI 48103-6221 |
| 27178158 | | U.S. Bank N.A. dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 27070822 | + | UPCO Waste Services, 4900 McCarthy, Milford, MI 48381-3945 |
| 27120506 | + | Washtenaw County Treasurer, 200 N Main St, Suite 200, Ann Arbor, MI 48104-1413 |
| 27176140 | + | Your Enterprise Solutions, LLC, Geoffrey L. Silverman, Esq., Finkel Whitefield Feldman, 32300 Northwestern Highway, Suite 200, Farmington Hills, MI 48334-1501 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| ust | | Andrew R. Vara |
| 27070823 | | Washte |
| 27070814 | ##+ | Mark Kuykendall, 108 E. Henry #808, Saline, MI 48176-1754 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deborah L. Fish | dfish@allardfishpc.com  MI56@ecfcbis.com |
| Donald C. Darnell | on behalf of Debtor In Possession Saline Lodging Group  LLC dondarnell@darnell-law.com |
| Donald C. Darnell | on behalf of Creditor Tri-County Electric Company of Washtenaw County dondarnell@darnell-law.com |
| Geoffrey L. Silverman | on behalf of Plaintiff Your Enterprise Solutions  LLC gsilverman@fwf-law.com, shill@fwslaw.com |
| Geoffrey L. Silverman | on behalf of Creditor Your Enterprise Solutions  L.L.C. gsilverman@fwf-law.com, shill@fwslaw.com |
| Leslie K. Berg (UST) | on behalf of U.S. Trustee Andrew R. Vara Leslie.K.Berg@usdoj.gov |
| Mark H. Shapiro | on behalf of Creditor Tri-County Electric Company of Washtenaw County shapiro@steinbergshapiro.com jbrown@steinbergshapiro.com |
| Mark H. Shapiro | on behalf of Defendant Tri-County Electric Company of Washtenaw County shapiro@steinbergshapiro.com jbrown@steinbergshapiro.com |
| Melinda B. Oviatt | on behalf of Plaintiff Your Enterprise Solutions  LLC moviatt@fwf-law.com |
| Melinda B. Oviatt | on behalf of Creditor Your Enterprise Solutions  L.L.C. moviatt@fwf-law.com |

TOTAL: 10