UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: **June 30, 2022**

In re:                                                            Case Number: 21-47210-mlo

**SALINE LODGING GROUP,**                        Chapter 11

         Debtor.                                            Hon. Maria L. Oxholm

_____/

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

   | | | |
   |---|---|---|
   | ✓ | Operating Statement | (Form 2) |
   | ✓ | Balance Sheet | (Form 3) |
   | ✓ | Summary of Operations | (Form 4) |
   | ✓ | Monthly Cash Statement | (Form 5) |
   | ~~ | Statement of Compensation | (Form 6) |
   | ✓ | Schedule of In-Force Insurance | (Form 7) |

   and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation)     YES ✓     NO _____

3. That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
   (If not, attach a written explanation)     YES ✓     NO _____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. (If not, attach a written explanation)     YES ✓     NO _____

5. All United States Trustee Quarterly fees have been paid and are current.
       YES ✓     NO _____

6. Have you filed your pre-petition tax returns.
   (If not, attach a written explanation)     YES ✓     NO _____

   I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: **8/8/2022**                  _____
                                                Debtor in Possession

                                       Attorney            734/424/5707
                                       Title                     Phone

*Form 1*

# OPERATING STATEMENT (P&L)

Period Ending: June 2022
Case No: 21-47210-mlo

| | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | 0 | 14951.34 |
| Cost of Sales | | |
| GROSS PROFIT | | |
| **EXPENSES:** | | |
| Officer Compensation | | |
| Salary Expenses other Employees | | |
| Employee Benefits & Pensions | | |
| Payroll Taxes | | |
| Other Taxes | | |
| Rent and Lease Expense | | |
| Interest Expense | | |
| Insurance | | |
| Automobile and Truck Expense | | |
| Utilities (gas, electric, phone) | 445— | 1577.61 |
| Depreciation | | |
| Travel and Entertainment | | 2111.71 |
| Repairs and Maintenance | | |
| Advertising | | |
| Supplies, Office Expense, etc. | | |
| Other Specify | | |
| Other Specify | | |
| TOTAL EXPENSES: | | |
| NET OPERATING PROFIT/(LOSS) | | |
| Add: Non-Operating Income: | | |
| Interest Income | | |
| Other Income | | |
| Less: Non-Operating Expenses: | | |
| Professional Fees | | 13689.32 |
| Other | | |
| NET INCOME/(LOSS) | | |

*Form 2*

# BALANCE SHEET

Period Ending: June 2022

Case No: 21-47210-mlo

|  | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash: | 97.02 | 512.02 | 1906.54 |
| Inventory: | | | |
| Accounts Receivables: | | | |
| Insider Receivables | | | |
| Land and Buildings: | | | |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| TOTAL ASSETS: | | | |
| | | | |
| **LIABILITIES:** | | | |
| Post-petition Liabilities: | | | |
| Accounts Payable: | | | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | | | |
| Other: | | | |
| TOTAL Post-petition Liabilities | | | |
| | | | |
| Secured Liabilities: | 2720.00 | 2720.00 | — |
| Subject to Post-petition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liabilities | | | |
| TOTAL Secured Liabilities | | | |
| | | | |
| Pre-petition Liabilities: | 17490 / | — | — |
| Taxes & Other Priority Liabilities | | | |
| Unsecured Liabilities: | | | |
| Other: | | | |
| TOTAL Pre-petition Liabilities | | | |
| | | | |
| Equity: | | | |
| Owners Capital: | | | |
| Retained Earnings-Pre Petition. | | | |
| Retained Earnings-Post Petition. | | | |
| | | | |
| TOTAL Equity: | | | |
| | | | |
| TOTAL LIABILITIES | | | |
| | | | |
| /AND EQUITY | | | |

Form 3

SUMMARY OF OPERATIONS

Period Ended: June 2022

Case No: 21-47210-mlo

Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| Income Taxes Withheld: | | | | |
| Federal: | | | | |
| State: | | | | |
| Local: | | | | |
| FICA Withheld: | | | | |
| Employers FICA: | | | | |
| Unemployment Tax: | | | | |
| Federal: | | | | |
| State: | | | | |
| Sales, Use & Excise Taxes: | | | | |
| Property Taxes: | | | | |
| Workers' Compensation | | | | |
| Other: | | | | |
| TOTALS: | | | | |

AGING OF ACCOUNTS RECEIVABLE
AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | 0 | 0 | 0 |
| Accounts Receivable | | | |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_Form 4_

**MONTHLY CASH STATEMENT**
Period Ending: _June 2022_

Cash Activity Analysis (Cash Basis Only):     Case No: 21-47210-mlo

|  | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | 542.02 | | | | |
| B. Receipts (Attach separate schedule) | 0 | | | | |
| C. Balance Available (A + B) | 542.00 | | | | |
| D. Less Disbursements (Attach separate schedule) | 445 | | | | |
| E. ENDING BALANCE (C - D) | 97.02 | | | | |

ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $ __445.-__

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
 1. Depository Name & Location  ONB# 0417
 2. Account Number  _____

Payroll Account:
 1. Depository Name & Location  _____
 2. Account Number  _____

Tax Account:
 1. Depository Name & Location  _____
 2. Account Number  _____

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):
_____
_____

Date: _____

_____
Debtor in Possession

*Form 5*

# SCHEDULE OF IN-FORCE INSURANCE

Period Ending: __June 2022__

Case No: 21-47210-mlo

| **INSURANCE TYPE** | **CARRIER** | **EXPIRATION DATE** |
|---|---|---|
| Workers' Compensation | Synergy 8702 | 3/1/2023 |
| General Business Policy | | |

*Form 7*

# OLD NATIONAL BANK
P. O. Box 718
Evansville, IN 47705

| FREE BUSINESS CHECKING | |
|---|---|
| **ACCOUNT INFORMATION** | |
| DATE | 06/30/2022 |
| ACCOUNT NUMBER | |



00005258 FP2643070122125601OO 02 000000000 0206385 001

SALINE LODGING GROUP LLC
DIP #21-47210-MLO
1213 INDUSTRIAL DR
SALINE MI 48176-9434

PAGE 1 OF 1

**CLIENT CARE CONTACT INFORMATION**

 Client Care: 800-731-2265
 Visit us Online: www.oldnational.com
✉ Written Inquiries: P. O. Box 419
    Evansville, IN 47703

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | 05/31/2022 | $542.02 |
| Deposits/Credits | 0 | $0.00 |
| Withdrawals/Debits | 1 | -$445.00 |
| Total Service Charges | | $0.00 |
| Interest Paid | | $0.00 |
| Current Statement Balance | 06/30/2022 | $97.02 |
| Days in Statement Period | 30 | |

## OVERDRAFT CHARGES SUMMARY

| | THIS CYCLE | YEAR TO DATE 2022 |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## WITHDRAWALS AND OTHER DEBITS

| DATE | TRACER | TRANSACTION DESCRIPTIONS | AMOUNT |
|---|---|---|---|
| 06/08 | 1159 | DTE Energy  800477474<br>LINE LODGING GROUP LLC | -$445.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | $542.02 | 06/08 | $97.02 |




www.oldnational.com